IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN MARTINEZ

Plaintiff,

Vs.                                    Civil Action No: 23-823

Ned Nakles

Defendant

**AMENDED COMPLAINT**

**PLAINTIFF RESPONSE TO MEMORANDUM ORDER DATED 6-23-23**

And now comes the PLAINTIFF on this day of June the Twenty Seventh of Two Thousand and Twenty Three to AMEND COMPLAINT by Court Order as instructed.

### A. CAPTION and Heading

1. The Plaintiff argues that Caption and Heading is complete.

### B. PARTIES

1. The Plaintiff, Justin Martinez, is the person that initiated this lawsuit, residing at 502 12th Ave N in Albany Illinois, zip code 61230.

2. The Defendant Ned Nakles, Attorney at Nakles and Nakles at address 1714 Lincoln Avenue, in Latrobe, Pennsylvania, zip code 15650, Acting as Liaison for the Derry Area School District located at 982 Chesnut Street in Derry, Pennsylvania, zip

code 15627 did Conspire against the Plaintiff and as such deprive Plaintiff of Civil rights.

3. Additional Defendant conspirator Casey Long is also named in a Separate Lawsuit Under Civil Action No: 23-813.

4. Additional Defendant conspirator Derry Area School District is also named in a Separate Lawsuit Under Civil Action No: 2:23-cv-00810

5. Additional Defendant conspirator Ned Nakles is also named in a Separate Lawsuit Under Civil Action No: 23-823.

6. Additional Defendant conspirator Judson Shephard is also named in a Separate Lawsuit Under Case Number: 23-1749

7. Additional Defendant conspirator Stephine Smith is also named in a Separate Lawsuit Under Case Number: 23-1748

8. Additional Defendant conspirator Pennsylvania State Police is also named in a Separate Lawsuit Under Case Number: 23-1070

9. Additional Defendant conspirator is also named in a Separate Lawsuit Under Civil Action No: 23-823.

10. Additional Defendant conspirator Westmoreland County District Attorney is also named in a Separate Lawsuit Under Case Number: 1072 of 2023.

11. Additional Defendant conspirator Judge Christopher A. Feliciani is also named in a Separate Lawsuit Under Civil Docket Number: 2:23-cv-435

12. The Plaintiff argues that these cases were filed by the Plaintiff with the Court of Common PLeas in Westmoreland County under Civil lawsuits and that the Defendant / Attorney has reassigned them to this court as the Plaintiff understands.

13. The Plaintiff argues that all named and known conspirators, including the Defendant in this specific complaint, NED NAKLES, did knowingly and willingly and with intent, conspire, and by doing so, violate the Plaintiff Civil Rights under 42 U.S.C 1983 supported by evidence and testimony.

## C. Jurisdiction

1. The Plaintiff does allege, among other violations, that the Defendant did Violate the Plaintiff Civil rights in relation to 42 U.S.C 1983 which is the basis for this claim, in collaboration / conspiracy with The Pennsylvania State Police Department, as Recorded in Pennsylvania State Police Calls of the Defendant to the KISKI STATE POLICE BARRACKS as well as MVR DOWNLOAD CAR A4-05 T. SMITH video/audio evidence

2. The Plaintiff does argue that the Defendant did violate Plaintiff Civil Rights collaboration / conspiracy / partey with the Pennsylvania State Police Department, the District Attorney Office of Westmoreland County and Judge Christopher A. Feliciani.

## D. Statement of Claim

1. The Plaintiff offers that Defendant sent the Plaintiff a notice / letter on September 3, 2019 in relation to a protest that the Plaintiff had proposed marked as EXHIBIT A.

2. The Plaintiff argues that directly after receiving said letter from the Defendant, The Plaintiff called the Defendant to ease any concerns or misunderstandings that the Defendant had.

3. The Plaintiff argues / offers that at the end of the call, the Defendant advised the Plaintiff that unfortunately, he could not go onto school property, but that the Plaintiff could stand outside the school off of property if the Plaintiff wanted to.

4. The Plaintiff does offer that on November the 7th of 2019, while the Plaintiff was peacefully and lawfully demonstrating the Plaintiff first amendment right to protest at the Defendant location of employment, that of the Derry Area School District Defendant was mentioned in a recording between police and School official regarding a conspiracy after a Principal of the Derry Area School district by the name Casey Long called Police.

5. MVR DOWNLOAD CAR A4-05 T. SMITH records Police Chief Randy Glick stating at 30 minutes and 13 seconds into recording that "Ned Nakles needs to write it up ...do an (distorted) and amendment to what he already has, and put 'can not be in the school zone, which I don't know if that's even...' recording goes on. Alleging that the Plaintiff had criminally trespassed on Derry Area School Property.

6. The Plaintiff argues that on November the 7th of 2019, a conversation was recorded outside the Defendant place of employment by the Pennsylvania State Police Department, specifically that of MVR DOWNLOAD CAR A4-05 T. SMITH in which a member of the education / school board is recorded conspiring with police.

7. The Plaintiff offers that about 2 weeks after the Plaintiff was asked to leave or be arrested on November the 7th of 2019, The Plaintiff was arrested and charged by the pennsylvania State Police Department under allegations of Criminal Trespassing and Disorderly Conduct as a result of the Defendant actions on November 7, 2019

8. The Plaintiff argues that shortly there after, The District Attorney of Westmoreland County Pursued Criminal Charges against the Plaintiff as a result of the Defendant involvement on Prior to on and after November 7, 2019

9. The Plaintiff argues that as a result of the recorded conspiracy in which the Defendant was named, police asked for and received a restraining order against the Plaintiff so that the Plaintiff cannot be within 200 feet of Defendant Work location under the allegations of Criminal Trespass,measuring just outside of the school Zone.

10. The Plaintiff offers that the Defendant did testify during the Criminal trial of the Plaintiff in August of 2022 against the Plaintiff in support of the charges of Criminal Trespass and Disorderly Conduct in spite of the fact that there was no evidence to support charges and the fact that the Plaintiff was exercising the Plaintiff First Amendment Civil right to Protest.

11. The Plaintiff offers that as a result of the Defendant involvement against Plaintiff, A newspaper Article was written of the Plaintiff attached as EXHIBIT B further showing the involvement of the Defendant in said conspiracy.

The Plaintiff offers that Defendant did also alleged, during testimony in August

of 2022 that students were not safe because nobody knew who the Plaintiff was on the date on November 7, 2019.

12. The Plaintiff argues that Defendant lied in court said that the Defendant called

13. Plaintiff concerning September 2, 2019 letter.

14. Plaintiff argues that Defendant lied in court regarding advising Plaintiff that Plaintiff could protest outside the Derry Area School District as long as the Plaintiff did not go on School Property regarding court cases 5559 C 2019 and 231 C 2020.

15. The Plaintiff offers that the Defendant attorney supports that there is merit, In part, for this Complaint of the Plaintiff, in attached **"BRIEF OF DEFENDANT, DERRY AREA SCHOOL DISTRICT"** marked as **EXHIBIT** C where Defendant attorney says, and the Plaintiff does quote: "Complaint does not factually plead that the District took any action in violation of Plaintiff civil rights other than Mr. Long's calls to the police on November 7, 2019." Of which the Defendant is party to as a witness in favor of the Prosecution as the Defendant testified during August 2022 trial.

16. Plaintiff claims that the Defendant used his position as attorney / liaison to abuse the Plaintiff civil rights knowingly and intentionally.

17. The Plaintiff offers original **"VERIFIED COMPLAINT"** for consideration as evidence as well, marked as EXHIBIT C

## E. <u>INJURY</u>

1. The Plaintiff claims that the Plaintiff suffered Mental anguish due being arrested and taken to prison due to Defendant involvement, which resulted in now developed condition of the Plaintiff which is Undiagnosed PTSD pertaining to sound.

2. The Plaintiff claims that Defendant supported false police reports of this Client , the Derry Area School district as Liaison that ultimately lead to the Plaintiff being fired from salary position.

3. The Plaintiff claims that Defendant involvement resulted in Plaintiff Being put on house arrest for over 300 days.

4. The Plaintiff claims that Defendant involvement resulted the Plaintiff paying over $5,500.00 Five Thousand Five Hundred Dollars in Legal expenses to defend against the false reports of trespass that turned into false charges.

5. The Plaintiff claims that Defendant involvement resulted the Plaintiff having to retire from Street protesting due to the Medical Conditions of the Plaintiff as well as the Plaintiff wife and Children as a result of Stress / Fear of the Plaintiff being falsely arrested again.

6. The Plaintiff claims that Defendant involvement resulted in court ordered mental evaluations and treatment or prison by court order of Judge Feliciani.

The Plaintiff Claims Punitive Damages and can produce medical / mental evaluations to support justification for this court to consider Punitive Damages upon request, privately.

## F. Request for Relief

1. The Plaintiff requests relief for suffering Mental anguish due being arrested / restraining order / prison due to Defendant involvement in the amount of $117,201.9

2. The Plaintiff requests relief for the loss of the Plaintiff employment due to the Defendant involvement in the amount of $11,720.10

3. The Plaintiff request relief due to the Defendant part in restricting the civil rights of the Plaintiff through unjust /unlawful restraint order in the amount of $11,720.19

4. The Plaintiff requests that the Defendant **reimburse** the Plaintiff for legal expenses in the amount of $5,000.00 in addition to whatever this court sees fit. Copies. Postage. Gas. Time / Travel.

5. The Plaintiff asks this court to have the Defendant pay for the mental anguish of the Plaintiff wife and children in the amount of $11,720.19

6. The Plaintiff requests the Defendant pay for Mental evaluations impose by the court due to the Defendant Involvement in the amount of $117,201.9

## G. PREVIOUS LAWSUITS

1. The Plaintiff argues that the Defendant is party to a conspiracy against the Plaintiff, which is evident at this time and factual based upon the following, related criminal cases to which to the Plaintiff is / was Defendant:

Case 338 C 2022, 231 C 2020 and 5559 C 2019.

2. The Plaintiff also offers the following Civil Cases in which the Defendant is party to as the Conspirator that called the police to make 2 false police reports which began These events which have resulted in 3 criminal cases and criminal charges against the Plaintiff and, as a result, over 16 relative cases as follows:

Complaints against Judges at present:  2:23-cv-1130* and 2:23-cv-00435-LPL

Civil Case Numbers: 23-1071, 23-1749, 23-1748, 23-1070, 23-1972, 23-1747, 23-1746

23-875, 23-813. 23-435, 22-1975, 22-2453, 22-1972. 22-2452, 22-1974, 23-610

....and counting.

## H. Declaration Under Penalty of Prejury

1. The Plaintiff declares that everything in this Amended complaint is true to the best of the Plaintiff knowledge at present.

Signed,

JUSTIN MARTINEZ / PLAINTIFF

* Complaint filed with the SUPREME COURT OF PENNSYLVANIA as well.