THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NED NAKLES,<br><br>    Defendant. | No. 23-cv-823<br><br>Judge Robert J. Colville |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: February 5, 2024

cc:     All counsel of record

       Justin Juan De La Cruz Martinez
       502 N 12th Ave
       Albany, IL 61230